*Friday, January 18, 2002*

## DISCIPLINARY DOCKET

**01–1829. Columbus Bar Assn. v. Milless.**
This matter is pending before the court upon the filing by respondent, Charles Keller Milless, on December 7, 2001, of a motion to supplement the record. Upon consideration thereof,

IT IS ORDERED by this court that the motion to supplement the record be, and hereby is, granted.

Cook, J., dissents.

**01–1994. Disciplinary Counsel v. Callaghan.**
On June 1, 2001, this court suspended respondent, Thomas Callaghan, a.k.a. Thomas Matthew Callaghan, Attorney Registration No. 0021661, last known business address in Cleveland, Ohio, from the practice of law for failure to comply with Gov.Bar R. X ("Continuing Legal Education"). On December 20, 2001, petitioner, Disciplinary Counsel, filed an amended motion for order to appear and show cause. Respondent did not respond to the motion. Upon consideration thereof,

IT IS ORDERED by this court that the motion be, and is hereby granted, and that respondent show cause by filing a written response with the Clerk of this court on or before twenty days from the date of this order why respondent should not be held in contempt for failing to obey this court's order of suspension.

IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

## MISCELLANEOUS DISMISSALS

**02–64. State v. James.**
Summit App. No. 20790. On January 14, 2002, appellant filed a notice of appeal and a motion for delayed appeal. Appellant's documents do not contain a proof of service that complies with the requirements of S.Ct.Prac.R. XIV(2). Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the notice of appeal and motion for delayed appeal be, and hereby are, stricken,

IT IS FURTHER ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.